# Court of Appeals
# of the State of Georgia

ATLANTA,  October 23, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0184. RONALD WYSER v. 2012 C PROPERTY HOLDINGS, LLC, et al.**

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, Defendant Ronald Wyser appealed the magistrate court's decision to the superior court. The superior court dismissed the appeal on July 3, 2013. Wyser then filed this direct appeal. We lack jurisdiction.

When a superior court order involves a de novo appeal from a magistrate court ruling, an appellant is required to follow the discretionary appeal procedure. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Wyser's failure to adhere to the discretionary appeal procedure deprives us of jurisdiction. Additionally, this appeal is untimely. An appeal in a dispossessory action must be filed within seven days after entry of the order at issue. OCGA § 44-7-56; *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999). Wyser filed his notice of appeal 14 days after entry of the superior court's order. This appeal is therefore DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 10/23/2013
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*